| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 12 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DJENEBA SIDIBE; et al.,

        Plaintiffs-Appellants,

 v.

SUTTER HEALTH,

        Defendant-Appellee,

_____

AETNA HEALTH OF CALIFORNIA, INC.; et al.,

        Intervenors.

No. 22-15634

D.C. No. 3:12-cv-04854-LB
Northern District of California,
San Francisco

ORDER

Before: BUMATAY, KOH, and DESAI, Circuit Judges.

    The majority of the panel has voted to deny Appellee's petition for rehearing and rehearing en banc (Dkt. 152). Judge Bumatay has voted to grant the petition. Judge Koh and Judge Desai have voted to deny the petition.

    The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.

Fed. R. App. P. 35.

    The petition for rehearing and rehearing en banc is DENIED.